# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1005

CA 10-02026

PRESENT: SCUDDER, P.J., SMITH, LINDLEY, SCONIERS, AND GORSKI, JJ.

---

PATRICIA J. CURTO, PLAINTIFF-APPELLANT,

V                                                                ORDER

MARK DIEHL AND MELISSA SCHMIGEL,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 3.)

---

PATRICIA J. CURTO, PLAINTIFF-APPELLANT PRO SE.

HAGELIN KENT LLC, BUFFALO (VICTOR M. WRIGHT OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), dated July 29, 2010. The order settled the record for appeals from orders entered December 17, 2009 and December 22, 2009.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Eric D*. [appeal No. 1], 162 AD2d 1051).

Entered:  September 30, 2011                    Patricia L. Morgan
                                               Clerk of the Court